1    QUIN DENVIR, Bar #049374
     Federal Defender
2    ERIC V. KERSTEN, Bar #226429
     Assistant Federal Defender
3    Designated Counsel for Service
     2300 Tulare Street, Suite 330
4    Fresno, California  93721-2226
     Telephone: (559) 487-5561
5
     Attorney for Defendant
6    Salvador Valdez-Ferrer

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )   No. 1:05-cr-0206 OWW
                                        )
12              Plaintiff,              )
                                        )   STIPULATION TO CONTINUE STATUS
13        v.                            )   CONFERENCE AND ORDER THEREON
                                        )
14   SALVADOR VALDEZ-FERRER,            )   Date:  September 12, 2005
                                        )   Time:  1:30 p.m.
15              Defendant.              )   Judge: Hon. Oliver W. Wanger
                                        )
16   _____   )

17   _

18        IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,

19   SHERRILL A. CARVALHO, Assistant United States Attorney, counsel for Plaintiff, and  ERIC V.

20   KERSTEN, Assistant Federal Defender, Counsel for Defendant Salvador Valdez-Ferrer, that the status

21   conference in this matter, now scheduled for August 23, 2005, may be continued to September 12, 2005,

22   at 1:30 p.m.  **The date currently set for status conference is August 23, 2005.  The requested new date**

     **is September 12, 2005, at 1:30 p.m.**

23
          This continuance is requested for the reason that it is anticipated a negotiated settlement will
24
     resolve this matter, but additional time is needed for investigation and negotiations to either finalize the
25
     agreement or prepare for trial.
26
          The parties agree that the delay resulting from the continuance shall be excluded in the interests of
27
     justice, including but not limited to, the need for the period of time set forth herein for effective defense
28

1  preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

2                                              McGREGOR W. SCOTT
                                               United States Attorney

3

4  DATED: August 18, 2005                 By   /s/ Sherrill A. Carvalho
                                               SHERRILL A. CARVALHO

5

6                                              QUIN DENVIR
                                               Federal Public Defender

7

8  DATED: August 18, 2005                 By   /s/ Eric V. Kersten
                                               ERIC V. KERSTEN
9                                              Assistant Federal Defender
                                               Attorney for Defendant
10                                             Salvador Valdez-Ferrer

11

12

13

14                              **O R D E R**

15        **IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice

16  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

17  DATED: August __18_, 2005
                                               /s/ OLIVER W. WANGER
18

19  _____
                                               OLIVER W. WANGER, Judge
                                               United States District Court
20                                             Eastern District of California

21

22

23

24

25

26

27

28

Stipulation to Continue Status Conference
and [Proposed] Order Thereon                 2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Continue Status Conference
and [Proposed] Order Thereon                              3